**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

HERBERT BUTLER (#124959)                          CIVIL ACTION NO.

VERSUS                                                         25-232-SDD-SDJ

CHUCK TILLIS, ET AL.

## RULING

The Court has carefully considered the motion,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Scott D. Johnson dated April 20, 2026, to which an *Objection*[3] was filed.  The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that the exercise of supplemental jurisdiction is declined.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss [4] is GRANTED dismissing Plaintiff's claims without prejudice for failure to exhaust state court remedies.

Signed in Baton Rouge, Louisiana, on this ___8th___ day of May, 2026.

_____

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 16.
[2] Rec. Doc. 23.
[3] Rec. Doc. 24.
[4] Rec. Doc. 16.